# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3865

_____

Janice Johnson,                          *
                                         *
                  Appellant,             *   Appeal from the United States
                                         *   District Court for the Eastern
         v.                              *   District of Arkansas.
                                         *
Officer Cox,                             *        [UNPUBLISHED]
                                         *
                  Appellee.              *

_____

Submitted: July 3, 2001

Filed: July 10, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG,
        Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Janice Johnson appeals the district court's dismissal without prejudice of Johnson's civil rights complaint against a prison official, for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e. Having reviewed the record and Johnson's brief, we conclude the court did not commit error in dismissing her complaint. See McAlphin v. Morgan, 216 F.3d 680, 682 (8th Cir. 2000) (per curiam). We affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.